**Order entered October 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00267-CV

### FIELDTURF USA, INC., Appellant

### V.

### GARLAND INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01185**

## ORDER

The Court is in receipt of appellee's motion to dismiss for mootness. We **ORDER** appellant to file a response no later than October 19, 2015.

/s/      DOUGLAS S. LANG
         PRESIDING JUSTICE